```
                UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF MISSISSIPPI
                     WEESTERN DIVISION
```

JUANA GONZALEZ MORALES, et al.                          PLAINTIFF

VS.                           CIVIL ACTION NO. 5:20-cv-181-DCB-MTP

SHAWN GILLIS, et al.
DEFENDANT

## SCHEDULING ORDER

Plaintiffs have filed a Motion for a Temporary Restraining Order [ECF No. 2]. The Government shall respond by Thursday, October 2, 2020. The Plaintiffs shall file their Rebuttal by Monday, October 5, 2020.

SO ORDERED this the 28th day of September, 2020.

\s\ David Bramlette
UNITED STATES DISTRICT JUDGE