IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JUANA GONZALEZ MORALES,
ABDALLAH KHAMIS,
DWIGHT MUNDLE,
and EDINAHI ZACARIAS CABRERA                                          PETITIONERS

V.                                          CIVIL ACTION NO: 5:20-cv-181-DCB-MTP

SHAWN GILLIS, in his official capacity
as Warden;
DIANNE WITTE, in her official capacity
As Interim New Orleans Field Officer Director;
TONY PHAM, in his official capacity as
Senior Official Performing the Duties of the
Director of the U.S. Immigration and Customs Enforcement;
and IMMIGRATION AND CUSTOMS ENFORCEMENT                RESPONDENTS

## AGREED ORDER DENYING MOTION AS MOOT

Before the Court is Petitioner Juana Gonzalez Morales's Emergency Motion for an Order Effecting Her Return to the United States. The parties have informed the Court that the United States Immigration and Customs Enforcement (ICE) has agreed to facilitate Ms. Morales' return to the United States. Thus, the motion is moot. The Court hereby denies the motion as moot.

SO ORDERED this the 24th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Agreed:

*/s/ Angela Givens Williams*
ANGELA GIVENS WILLIAMS
Attorney for Defendant ICE


*/s/ Cliff Johnson*
Cliff Johnson
Attorney for Petitioner Juana Gonzalez Morales

1